NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DUHN OIL TOOL, INC.,**
*Plaintiff-Appellant,*

**v.**

**CAMERON INTERNATIONAL CORPORATION,
FKA Cooper Cameron Corporation,**
*Defendant-Cross-Appellant.*

---

2013-1014, -1015

---

Appeals from the United States District Court for the Eastern District of California in No. 05-CV-1411, Judge Marilyn L. Huff.

---

**ON MOTION**

---

**O R D E R**

The parties jointly move to dismiss these appeals.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to dismiss is granted. The appeals are dismissed.

2                    DUHN OIL TOOL, INC. v. CAMERON INTERNATIONAL

    (2)  Each side shall bear its own costs.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s21

ISSUED AS A MANDATE: May 1, 2014